**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| AMERICAN AUTOMOTIVE SERVICE SOLUTIONS, INC. d/b/a FENIX PROTECT, a Missouri corporation,<br>　　　Plaintiff(s),<br><br>　　　vs.<br>AGRUSS LAW FIRM, LLC, an Illinois limited liability company, et al.,<br><br>　　　Defendant(s). | )<br>)<br>)<br>)<br>)<br>)   Case No. 4:20-cv-01114<br>)<br>)<br>)<br>) |

**DISCLOSURE OF ORGANIZATIONAL INTERESTS**
**CERTIFICATE**

Pursuant to Local Rule 3-2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Federal Rule of Civil Procedure 7.1, Counsel of record for __Plaintiff__ hereby discloses the following organizational interests:

1.  　If the subject organization is a corporation,

    a.  　Its parent companies or corporations (if none, state "none"):
        None.

    b.  　Its subsidiaries not wholly owned by the subject corporation (if none, state "none"):
        None.

    c.  　Any publicly held company or corporation that owns ten percent (10%) or more of the subject corporation's stock (if none, state "none"):
        None.

2.  　If the subject organization is a limited liability company or a limited liability partnership, its members and each member's state of citizenship:

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Signature (Counsel for Plaintiff/Defendant)
　　　　　　　　　　　　　　　　　　Print Name:  Jeffrey H. Kass
　　　　　　　　　　　　　　　　　　Address:  1700 Lincoln Street, Suite 4000
　　　　　　　　　　　　　　　　　　City/State/Zip:  Denver, CO 80203
　　　　　　　　　　　　　　　　　　Phone:  303.861.7760

　　　　　　　　　　　　　　Certificate of Service

I hereby certify that a true copy of the foregoing Disclosure of Organizational Interests Certificate was served (by mail, by hand delivery, or by electronic notice) on all parties on: __August 20, 2020__, 20 __20__.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Signature