

# EXHIBIT A

**TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

This is Google's cache of https://www.agrusslawfirm.com/collection_agencies/american-automotive-service-solutions/800-827-5528. It is a snapshot of the page as it appeared on Aug 9, 2020 03:30:20 GMT. The current page could have changed in the meantime. Learn more.

**Full version**　　Text-only version　　View source

Tip: To quickly find your search term on this page, press **Ctrl+F** or **⌘-F** (Mac) and use the find bar.



Unknown

Current wait time: Agent available

(800) 827-5528

Incoming call



+18008275528
Unknown

**888-572-0176**

**888-572-0176**

- Home
- Practice Areas
  Consumer Law　Personal Injury
- Our Team
- Resources
  Blog　Guides　Videos　Newsletter　Forms & Documents　Collection Agencies　Credit Reporting Agencies　Illinois Nursing Homes　Collection Laws By State
- Testimonials
- Contact Us

**Has your business lost revenue because of COVID-19 and the Illnois shutdown?**

**You may be entitled to compensation, take our free quiz to find out.**



# American Automotive Service Solutions

**is calling from**

# 800-827-5528

Submit A Complaint　　Learn Your Rights

# Who We Are

## Agruss Law Firm: People, First

We see you as a person, not just a client - and that makes us better at what we do. We listen. We learn your story. And, as we help you get the money you deserve, we go above and beyond in a way most law firms never could and never would. Because we're not just lawyers. And you're not just a client.



Case: 4:20-cv-01114-RWS   Doc. #: 14-1   Filed: 09/08/20   Page: 3 of 6 PageID #: 87

## How it Works

You have rights

Robo-callers and debt collectors may be violating the law

We stop the calls

We make sure this number never harasses you again

You get money

Up to $1,000 for harassment, and $500-$1,500 for illegal robocalls

You don't pay a dime

The other side pays our fees and costs.

# 800-827-5528

## also appears as...

- +18008275528
- 8008275528
- 1-800-827-5528
- 800.827.5528

- 1.800.827.5528
- 800 827 5528
- 8008275528
- +1 (800) 827-5528

## We have helped thousands of people like you

# 6,750

**Debt Collection**

Harassment Cases Settled

# 1,033

**Client Reviews**

Outstanding

# 141

**5 Star Reviews**

on Google

Case: 4:20-cv-01114-RWS   Doc. #: 14-1   Filed: 09/08/20   Page: 4 of 6 PageID #: 88

## A+

**BBB**

Rating

## Select your state, learn your rights

Select your state to learn your rights



## Hear from our clients

## Meet the Team putting People First.

**Michael Agruss**

Attorney

**James Parr**

Attorney

**Taylor L. Kosla**

Attorney

**Jane Abaravich**

Attorney

**Jackie Laino**

Paralegal

**Erin Nutt**

Legal Assistant

**Michael Agruss**

Attorney

**James Parr**

Attorney

**Taylor L. Kosla**

Attorney

**Jane Abaravich**

Attorney

**Jackie Laino**

Paralegal

**Erin Nutt**

Legal Assistant

**We are always listening**

**Tell us your story.**

**We'll make things right.**

Your name [              ]
Your email [              ]
Your number [              ]
Your state [Select your state ▾]

Case: 4:20-cv-01114-RWS   Doc. #: 1-4   Filed: 09/08/20   Page: 6 of 6 PageID #: 90

Tell us about your complaint

[ Submit A Complaint ]  We will respond to you at lightning speed. All of your information will be kept confidential.

**Submitted complaints**

No complaints submitted yet. Sharing your story will help others!

**Quick Links**

Home

Consumer Law Practice Areas

Personal Injury Practice Areas

Our Team

**Customer Service**

Testimonials

Contact Us

**Contact Info**

Agruss Law Firm
4809 N Ravenswood Ave, Suite 419
Chicago, IL 60640
Tel: 888-572-0176
michael@agrusslawfirm.com

©2012-2020 Agruss Law Firm, LLC | Terms and Conditions | Disclaimer | Privacy Policy

