# EXHIBIT B

**TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

This is Google's cache of https://www.agrusslawfirm.com/collection_agencies. It is a snapshot of the page as it appeared on Aug 29, 2020 18:59:23 GMT. The current page could have changed in the meantime. Learn more.

**Full version**　　Text-only version　　View source

Tip: To quickly find your search term on this page, press **Ctrl+F** or **⌘-F** (Mac) and use the find bar.





Current wait time: Agent available

# 888-572-0176

★ REVIEWS

72-0176

- Home
- Practice Areas
  Consumer Law   Personal Injury
- Our Team
- Resources
  Blog   Guides   Videos   Newsletter   Forms & Documents   Collection Agencies   Credit Reporting Agencies   Illinois Nursing Homes   Collection Laws By State
- Testimonials
- Contact Us

**Has your business lost revenue because of COVID-19 and the Illnois shutdown?**

**You may be entitled to compensation, take our free quiz to find out.**

# Directory of Collection Agencies

A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

[Search Collection Age]

[ Search ]

## A

### A1A Billing & Price Management



Ameren Illinois

Amerex Financial Service

Ameriana Bank

america

America Cash Recovery Systems

America Central Adjusting

American Accounts & Advisers

American Accounts Mgnt

American Adjusting Corp

American Adjustment Bureau

    an Adjustments Inc

    an Agencies

    an Airlines AAdvantage MileUp Card

    an Asset Recovery Inc

==American Automotive Service Solutions==

American Auto Salvage

American Bonded Collection

American Bureau of Credit Control

American Business Consultants

American Capital Enterprises

American Capital Financial Services

American Claims Services Inc

American Collateral Recovery

American Collection Corporation

American Collection Enterprise

American Collections

American Collections Enterprise

American Collections Enterprise Inc

American Collection Services