# EXHIBIT C

**TO PLAINTIFF'S FIRST AMENDED COMPLAINT**






Case: 4:20-cv-01114-RWS   Doc. #: 14-3   Filed: 09/08/20   Page: 3 of 5 PageID #: 96







# CAPTURED ON SEPTEMBER 7, 2020 FROM:

https://www.agrusslawfirm.com/collection_agencies/fenix-recovery-enterprises-inc/320-679-0298