**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| AMERICAN AUTOMOTIVE SERVICE SOLUTIONS, INC. d/b/a FENIX PROTECT, a Missouri corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>AGRUSS LAW FIRM, LLC, an Illinois limited liability company, et al.<br><br>　　　　　　　　Defendants. | Case No.:  4:20-cv-01114<br><br>**JURY TRIAL DEMANDED** |

**VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT
DISCORD, INC.**

　　Pursuant to Fed. R. Civ. P. 41(a)(1)(i), Plaintiff American Automotive Service Solutions, Inc. d/b/a Fenix Protect voluntarily dismisses without prejudice its claims against Discord, Inc.

Dated:  October 9, 2020　　　　　　　Respectfully Submitted,


　　　　　　　　　　　　　　　　　By: *s/Jeffrey H. Kass*
　　　　　　　　　　　　　　　　　　　Jeffrey H. Kass
　　　　　　　　　　　　　　　　　　　LEWIS BRISBOIS BISGAARD & SMITH LLP
　　　　　　　　　　　　　　　　　　　1700 Lincoln Street, Suite 4000
　　　　　　　　　　　　　　　　　　　Denver, Colorado 80203
　　　　　　　　　　　　　　　　　　　Tel.:　303-861-7760
　　　　　　　　　　　　　　　　　　　Fax:　303-861-7767
　　　　　　　　　　　　　　　　　　　Jeffrey.Kass@lewisbrisbois.com

　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　American Automotive Service Solutions, Inc. d/b/a
　　　　　　　　　　　　　　　　　　　Fenix Protect*

## CERTIFICATE OF SERVICE

      I certify that on this 9th day of October, 2020, the foregoing **VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT DISCORD, INC.** was filed electronically with the Court using the CM/ECF system, which caused automatic electronic notice of the filing to be served on:

Mark D. Molner
MOLNER LAW FIRM LLC
300 E. 39th Street, Suite 1G
Kansas City, MO 64111
Tel.:   816-281-8549
Fax:   816-817-1473
mark@molnerlaw.com

*Attorney for Defendant Agruss Law Firm, LLC (dismissed)*

Ted R. Osburn
Mark Raymond Dunn
OSBURN AND HINE LLC
3071 Lexington Avenue
Cape Girardeau, MO 63701
Tel.:   573-651-9000
Fax:   573-651-9090
tosburn@ohylaw.com
mdunn@ohylaw.com

*Attorneys for Defendant Donald Marchant*

      I further certify that I caused to be served the foregoing **VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT DISCORD, INC.** via email on:

Julie E. Schwartz
PERKINS COIE LLP
3150 Porter Dr.
Palo Alto, CA 94304
Tel.:   650-838-4490
JSchwartz@PerkinsCoie.com

*Attorneys for Defendant Discord, Inc.*

                              *s/Jeffrey H. Kass*