UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| AMERICAN AUTOMOTIVE<br>SERVICE SOLUTIONS, INC.<br>d/b/a FENIX PROTECT, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No. 4:20 CV 1114 RWS |
| AGRUSS LAW FIRM, LLC, et al., | ) ) | |
| Defendants. | ) | |

## ORDER

Plaintiff's motion to dismiss without prejudice its claims against Discord,

Inc., ECF No. [28], is **GRANTED.**


_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE


Dated this 13 day of October, 2020.