# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| AMERICAN AUTOMOTIVE SERVICE SOLUTIONS, INC. d/b/a FENIX PROTECT, a Missouri corporation,<br><br>    Plaintiff,<br><br> v.<br><br>AGRUSS LAW FIRM, LLC, an Illinois limited liability company, et al.<br><br>    Defendants. | Case No.:  4:20-cv-01114<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT TUCOWS INC.

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), Plaintiff American Automotive Service Solutions, Inc. d/b/a Fenix Protect voluntarily dismisses without prejudice its claims against Tucows Inc.

Dated:  November 13, 2020    Respectfully Submitted,

            By: *s/Jeffrey H. Kass*
              Jeffrey H. Kass
              LEWIS BRISBOIS BISGAARD & SMITH LLP
              1700 Lincoln Street, Suite 4000
              Denver, Colorado 80203
              Tel.: 303-861-7760
              Fax: 303-861-7767
              Jeffrey.Kass@lewisbrisbois.com

              *Attorneys for Plaintiff*
              *American Automotive Service Solutions, Inc. d/b/a*
              *Fenix Protect*

## CERTIFICATE OF SERVICE

I certify that on this 13th day of November, 2020, the foregoing **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT TUCOWS INC.** was filed and served electronically via CM/ECF system, which caused notice of the filing to be emailed to all counsel of record in this matter.

*s/Jeffrey H. Kass*