UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| AMERICAN AUTOMOTIVE SERVICE SOLUTIONS, INC. d/b/a FENIX PROTECT,<br><br>Plaintiff,<br><br>vs.<br><br>AGRUSS LAW FIRM, LLC, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  No. 4:20 CV 1114 RWS<br>)<br>)<br>)<br>)<br>) |

### ORDER

Plaintiff's motion to dismiss without prejudice its claims against Tucows Inc., ECF No. [37], is **GRANTED.**

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 16th day of November, 2020.