# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| AMERICAN AUTOMOTIVE SERVICE SOLUTIONS, INC. d/b/a FENIX PROTECT, a Missouri corporation,<br><br>    Plaintiff,<br><br>v.<br><br>AGRUSS LAW FIRM, LLC, an Illinois limited liability company, et al.<br><br>    Defendants. | Case No.:  4:20-cv-01114<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF CERTAIN DEFENDANTS.

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), Plaintiff American Automotive Service Solutions, Inc. d/b/a Fenix Protect voluntarily dismisses without prejudice its claims against Defendant John Doe 1 d/b/a Scammer.Info, Defendant Cameron Lobban, individually and owner/operator of Scammer.Info, and Defendant Ryker Gillespie.

Dated:  April 9, 2021        Respectfully Submitted,

By: *s/Jeffrey H. Kass*
Jeffrey H. Kass
LEWIS BRISBOIS BISGAARD & SMITH LLP
1700 Lincoln Street, Suite 4000
Denver, Colorado 80203
Tel.:   303-861-7760
Fax:   303-861-7767
Jeffrey.Kass@lewisbrisbois.com

*Attorneys for Plaintiff*
*American Automotive Service Solutions, Inc. d/b/a Fenix Protect*

## CERTIFICATE OF SERVICE

    I certify that on this 9th day of April, 2021, the foregoing **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF CERTAIN DEFENDANTS.** was filed and served electronically via CM/ECF system, which caused notice of the filing to be emailed to all counsel of record in this matter.

                                        *s/Jeffrey H. Kass*