UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| AMERICAN AUTOMOTIVE SERVICE SOLUTIONS, INC. d/b/a FENIX PROTECT,<br><br>　　　Plaintiff,<br><br>vs.<br><br>AGRUSS LAW FIRM, LLC, et al.,<br><br>　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No. 4:20 CV 1114 RWS |

### ORDER

On April 9, 2021, Plaintiff American Automotive Service Solutions, Inc., d/b/a Fenix Protect ("Fenix"), filed a motion to cancel the April 9, 2021 deadline to file the parties' proposed scheduling plan in anticipation of the upcoming Rule 16 conference. Fenix and the last remaining defendant in this case, Donald Marchant, are in the process of finalizing a settlement agreement. Once the agreement has been finalized, Fenix will file a motion to dismiss Marchant and this case will be closed.

Accordingly,

Plaintiff's motion, ECF No. [50], is **GRANTED**. The Rule 16 conference scheduled for April 16, 2021 is vacated.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 13th day of April, 2021.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| AMERICAN AUTOMOTIVE SERVICE SOLUTIONS, INC. d/b/a FENIX PROTECT, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 4:20 CV 1114 RWS |
| AGRUSS LAW FIRM, LLC, et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER

Plaintiff's motion to dismiss without prejudice its claims against Defendants Cameron Lobban, Ryker Gillespie, and John Doe 1, d/b/a Scammer.Info, ECF No. [49], is **GRANTED**.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 13th day of April, 2021.