# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| AMERICAN AUTOMOTIVE SERVICE SOLUTIONS, INC. d/b/a FENIX PROTECT, a Missouri corporation, <br><br> Plaintiff, <br><br> v. <br><br> AGRUSS LAW FIRM, LLC, an Illinois limited liability company, et al. <br><br> Defendants. | Case No.: 4:20-cv-01114 <br><br> **JURY TRIAL DEMANDED** |

## STIPULATED DISMISSAL WITH PREJUDICE
## OF DEFENDANT DONALD MARCHANT

Pursuant to Fed. R. Civ. P. Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff American Automotive Service Solutions, Inc. d/b/a Fenix Protect and Defendant Donald Marchant dismiss with prejudice this action with respect to Defendant Donald Marchant with each party to bear his or its own costs.

Dated:  April 14, 2021

By: *s/ Jeffrey H. Kass*
Jeffrey H. Kass
LEWIS BRISBOIS BISGAARD & SMITH LLP
1700 Lincoln Street, Suite 4000
Denver, Colorado 80203
Tel.:  303-861-7760
Fax:  303-861-7767
Jeffrey.Kass@lewisbrisbois.com
*Attorney for Plaintiff*
*American Automotive Service Solutions, Inc. d/b/a Fenix Protect*

Respectfully Submitted,

By: */s/ Ted R. Osburn*
Ted R. Osburn
OSBURN AND HINE LLC
3071 Lexington Avenue
Cape Girardeau, MO 63701
Tel.:  573-651-9000
Fax:  573-651-9090
tosburn@ohylaw.com
*Attorney for Defendant Donald Marchant*

## CERTIFICATE OF SERVICE

    I certify that on this 13th day of April, 2021, the foregoing **STIPULATED DISMISSAL WITH PREJUDICE OF DEFENDANT DONALD MARCHANT** was filed and served electronically via CM/ECF system, which caused notice of the filing to be emailed to all counsel of record in this matter.

    *s/Jeffrey H. Kass*