IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| AMERICAN AUTOMOTIVE SERVICE SOLUTIONS, INC. d/b/a FENIX PROTECT, a Missouri corporation,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>AGRUSS LAW FIRM, LLC, an Illinois limited liability company, et al.<br><br>　　　　　　Defendants. | Case No.: 4:20-cv-01114<br><br>**JURY TRIAL DEMANDED**<br><br>*So Ordered*<br><br>*[signature] RWS 4/16/2021* |

## STIPULATED DISMISSAL WITH PREJUDICE
## OF DEFENDANT DONALD MARCHANT

Pursuant to Fed. R. Civ. P. Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff American Automotive Service Solutions, Inc. d/b/a Fenix Protect and Defendant Donald Marchant dismiss with prejudice this action with respect to Defendant Donald Marchant with each party to bear his or its own costs.

Dated: April 14, 2021

By: *s/ Jeffrey H. Kass*
Jeffrey H. Kass
LEWIS BRISBOIS BISGAARD &
SMITH LLP
1700 Lincoln Street, Suite 4000
Denver, Colorado 80203
Tel.:   303-861-7760
Fax:   303-861-7767
Jeffrey.Kass@lewisbrisbois.com
*Attorney for Plaintiff*
*American Automotive Service Solutions, Inc.*
*d/b/a Fenix Protect*

Respectfully Submitted,

By: */s/ Ted R. Osburn*
Ted R. Osburn
OSBURN AND HINE LLC
3071 Lexington Avenue
Cape Girardeau, MO 63701
Tel.:   573-651-9000
Fax:   573-651-9090
tosburn@ohylaw.com
*Attorney for Defendant*
*Donald Marchant*